SARA V. MURPHY, Respondent, *v.* UNION CENTRAL LIFE INSURANCE COMPANY, Appellant.

(Argued January 7, 1931; decided February 10, 1931.)

*Edward L. Robertson* for appellant.

*Frank H. Hiscock* and *Daniel Scanlon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.